# United States Court of Appeals
## For the First Circuit

_____

No. 23-1943

I.V.E.S.; K.R.E.E.; Y.G.E.E.,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.
_____

Before

Kayatta, Howard and Rikelman,
<u>Circuit Judges</u>.
_____

**JUDGMENT**

Entered: January 3, 2024

Petitioners' "Motion to Clarify the Names of the Petitioners and to Employ Pseudonyms" is resolved as follows: the court opened this proceeding using the pseudonyms provided by petitioners for purposes of the case caption and docket, and the court will continue to use pseudonyms for those purposes.

Petitioners' motion for voluntary dismissal is **GRANTED**, and this proceeding is **DISMISSED**. <u>See</u> Fed. R. App. P. 42(b)(2). Mandate will issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hans Bremer
Anthony Paul Nicastro
Bernard Joseph
Oil
Christin Whitacre